DECISIONS PER CURIAM, FROM OCTOBER 4, 1920, TO AND INCLUDING JANUARY 24; 1921, NOT INCLUDING ACTION ON PETITIONS FOR WRITS OF CERTIORARI.

No. 345. NORTHERN TRUST COMPANY ET AL., TRUSTEES, ETC. *v.* ADOLPH H. EILERS ET AL. Error to the District Court of the United States for the District of Oregon. Motion to dismiss submitted October 5, 1920. Decided October 11, 1920. *Per Curiam.* Dismissed for want of jurisdiction upon the authority of *Courtney* v. *Pradt,* 196 U. S. 89, 91; *Farrugia* v. *Philadelphia & Reading Ry. Co.,* 233 U. S. 352, 353; *Louisville & Nashville R. R. Co.* v. *Western Union Telegraph Co.,* 234 U. S. 369, 371–372; *Male* v. *Atchison, Topeka & Santa Fe Ry. Co.,* 240 U. S. 97, 99. *Mr. John Taylor Booz* for plaintiffs in error. *Mr. Ralph R. Duniway* for defendants in error.

No. 426. VOGT BROTHERS MANUFACTURING COMPANY *v.* ELLICOTT MACHINE CORPORATION. Petition for writ of error to the Circuit Court of Appeals for the Sixth Circuit. Petition submitted October 5, 1920. Decided October 11, 1920. *Per Curiam.* The petition for writ of error is denied. See § 237 of the Judicial Code, as amended by the Act of September 6, 1916, c. 448, § 2, 39 Stat. 726. Petition for a writ of certiorari and for a writ of mandamus denied. *Mr. Helm Bruce* and *Mr. Alex. G. Barret* for petitioner. *Mr. E. P. Humphrey, Mr. James Piper, Mr. A. P. Humphrey* and *Mr. William W. Crawford* for respondent.